IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIGITAL CACHE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY (SHANGHAI) CO., LTD.,<br><br>Defendant. | Civil Action No. 6:21-cv-163<br><br>JURY TRIAL DEMANDED |

**KINGSTON TECHNOLOGY (SHANGHAI) CO., LTD.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rule of Civil Procedure 7.1, Defendant, Kingston Technology (Shanghai) Co., Ltd., hereby states that its parent corporation is Kingston Technology Electronics (Shanghai) Co., Ltd., and that there is no publicly held corporation that owns more than 10% of its stock.

Dated: May 25, 2021

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

LAW OFFICES OF S.J. CHRISTINE YANG

Christine Yang (to be admitted *pro hac vice*)
chrisyang@sjclawpc.com
Victoria Hao (to be admitted *pro hac vice*)
vhao@sjclawpc.com
17220 Newhope Street, Suite 101&102
Fountain Valley, CA 92708
Tel: (714) 641-4022
Fax: (714) 641-2082

**COUNSEL FOR DEFENDANT,
KINGSTON TECHNOLOGY (SHANGHAI) CO., LTD.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 25, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

                                              */s/ David M. Hoffman*
                                              David M. Hoffman