UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DIGITAL CACHE, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**KINGSTON TECHNOLOGY (SHANGHAI) CO., LTD.,**<br><br>Defendant. | Case No. 6:21-cv-00163-ADA |

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO
STAY ALL DEADLINES**

This matter is before the Court on the Plaintiff Digital Cache, LLC's Unopposed Motion to Stay All Deadlines, up to and including August 27, 2021. Being so advised, the Court hereby finds that the motion should be GRANTED. It is, therefore, ORDERED that all pending deadlines be stayed, up to and including August 27, 2021.

**SIGNED** this day____ of_____ 2021.

                                                                            Alan D Albright
                                                                            UNITED STATES DISTRICT JUDGE