IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Digital Cache, LLC,** | Case No. 6:21-cv-00163-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Kingston Technology (Shanghai) Co., Ltd.,** | |
| Defendant. | |

### Order Granting Plaintiff's Notice of Voluntary Dismissal With Prejudice

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this 29th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE